**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6451**

———————

DAVID W. HUGHES,

                                        Plaintiff - Appellant,

        versus


DAVID GARRAGHTY, Warden; RONALD J. ANGELONE,
Director, Virginia Department of Corrections;
GENE H. JOHNSON, Deputy Director, Virginia
Department of Corrections,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.
(CA-99-2110-1)

———————

Submitted:  August 17, 2001        Decided:  September 10, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David W. Hughes, Appellant Pro Se.  Christopher Garrett Hill,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David W. Hughes appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Hughes v. Garraghty</u>, No. CA-99-2110-2 (E.D. Va. filed Mar. 5, 2001; entered Mar. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>